**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 246 WAL 2020

                Respondent            :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

             v.                        :

                                    :

CHARLES P. MCCULLOUGH,           :

                                    :

             Petitioner             :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 11th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**. The Application . . . for Permission to File the Application for an Order to Correct the Record to Identify that Remand Hearing Witness Janine McVay is the Sister-in-Law of the Allegheny County District Attorney, and Application for an Order Dismissing the Conviction on the Basis of Prosecutorial Misconduct because the Allegheny County District Attorney's Office Withheld McVay's Identity from the Remand Hearing Court and Failed to Recuse Itself in this Case is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.